United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-11465-elf
Linda A. Duren                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 2              Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
```
db            +Linda A. Duren,    444 Weidman Avenue,    Reading, PA 19608-1224
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,     1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
13259968      +Admin Recovery,    6225 Sheridan Dr, Ste 118,    Amherst NY 14221-4800
13252856      +Cach, LLC,   c/o Allan C. Smith, P.C.,    Bucks County Office Center,
                1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
13252857       Commonwealth Orthopaedic Assoc.,    PO Box 9202,    Belfast, ME 04915-9202
14339604      +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13290627      +EverBank,    301 West Bay Street,    Jacksonville, Florida 32202-5180
13263984      +EverBank,    CHRISTOPHER A. DENARDO,     Shapiro and DeNardo, LLC,   3600 Horizon Drive, Suite 150,
                King of Prussia, PA 19406-4702
13252858       Everhome Mortgage,    PO Box 2309,    Jacksonville, FL 32232-0006
13443866       Green Tree Servicing LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
13383620      +Green Tree Servicing LLC,    CHRISTOPHER A. DENARDO,    Shapiro and DeNardo, LLC,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13252860       Keystone Orthopaedic Specialists,    11 Fairlane Road,    Reading, PA 19606-9567
13252862      +Spring Township,    2850 Windmill Road,    Spring Township Building,   Reading, PA 19608-1668
13252864      +Wells Fargo,    Administrative Recovery,    7000 Vista Drive, 3rd Floor,
                West Des Moines, IA 50266-9310
13252863      #Wells Fargo,    PO Box 25341,    Santa Ana, CA 92799-5341
13280831       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13252865       Wilson School District,    c/o Fulton Bank,    PO Box 7625,   Lancaster, PA 17604-7625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 03:22:40
                Ditech Financial LLC FKA Green Tree Servicing LLC,     PO Box 0049,    Palatine, IL 60055-0001
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:27      GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13252855       E-mail/Text: g17768@att.com Jul 17 2019 03:22:35      AT&T,    PO Box 5093,
                Carol Stream, IL 60197-5093
13259780      +E-mail/Text: g20956@att.com Jul 17 2019 03:23:28      AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13259581       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 03:20:10      CACH, LLC,
                PO Box 10587,    Greenville SC  29603-0587
14000137      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2019 03:22:40      Ditech Financial LLC,
                FKA Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0001
13252859       E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:02      GE Money Retail Bank,
                PO Box 960061,    Orlando, FL 32896-0061
13259493       E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:20:34
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13252861       E-mail/Text: bankruptcy@sw-credit.com Jul 17 2019 03:23:06      Southwest Credit,
                4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4           User: Randi                 Page 2 of 2                   Date Rcvd: Jul 16, 2019
                               Form ID: 138NEW             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor   Green Tree Servicing LLC, et al pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor   EverBank pabk@logs.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Linda A. Duren NO1JTB@juno.com
              KEVIN S. FRANKEL    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
               pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor   Green Tree Servicing LLC, et al pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER J. ASHCROFT    on behalf of Creditor   EverBank pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Linda A. Duren
    Debtor(s)                Bankruptcy No: 14−11465−elf
                        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

         400 Washington Street
           Suite 300
         Reading, PA 19601

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 7/16/19

                            73 − 72
                         Form 138_new