Certificate Number: 12433-PAE-DE-032504191

Bankruptcy Case Number: 14-11465



12433-PAE-DE-032504191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2019, at 2:23 o'clock PM EDT, Linda A. Duren completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 26, 2019          By:   /s/Candace Jones

Name: Candace Jones

Title: Counselor