United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-11465-elf
Linda A. Duren                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Randi        Page 1 of 2        Date Rcvd: Sep 30, 2019
                           Form ID: 206        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db          +Linda A. Duren,   444 Weidman Avenue,   Reading, PA 19608-1224
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Dun & Bradstreet, INC.,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr          +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,   1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872
13259968    +Admin Recovery,   6225 Sheridan Dr, Ste 118,   Amherst NY 14221-4800
13252856    +Cach, LLC,   c/o Allan C. Smith, P.C.,   Bucks County Office Center,
             1276 Veterans Highway, Suite E-1,   Bristol, PA 19007-2597
13252857     Commonwealth Orthopaedic Assoc.,   PO Box 9202,   Belfast, ME 04915-9202
14339604    +Ditech Financial LLC,   c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,
             701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13290627    +EverBank,   301 West Bay Street,   Jacksonville, Florida 32202-5180
13263984    +EverBank,   CHRISTOPHER A. DENARDO,   Shapiro and DeNardo, LLC,   3600 Horizon Drive, Suite 150,
             King of Prussia, PA 19406-4702
13252858     Everhome Mortgage,   PO Box 2309,   Jacksonville, FL 32232-0006
13443866     Green Tree Servicing LLC,   P.O. Box 44265,   Jacksonville, FL 32231-4265
13383620    +Green Tree Servicing LLC,   CHRISTOPHER A. DENARDO,   Shapiro and DeNardo, LLC,
             3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13252860     Keystone Orthopaedic Specialists,   11 Fairlane Road,   Reading, PA 19606-9567
13252862    +Spring Township,   2850 Windmill Road,   Spring Township Building,   Reading, PA 19608-1668
13252864    +Wells Fargo,   Administrative Recovery,   7000 Vista Drive, 3rd Floor,
             West Des Moines, IA 50266-9310
13252863    #Wells Fargo,   PO Box 25341,   Santa Ana, CA 92799-5341
13280831     Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13252865     Wilson School District,   c/o Fulton Bank,   PO Box 7625,   Lancaster, PA 17604-7625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:01:25
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2019 04:01:44    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Oct 01 2019 04:01:21
             Ditech Financial LLC FKA Green Tree Servicing LLC,   PO Box 0049,   Palantine, IL 60055-0001
cr           E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 03:57:52    GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13252855     E-mail/Text: g17768@att.com Oct 01 2019 04:01:17    AT&T,   PO Box 5093,
             Carol Stream, IL 60197-5093
13259780    +E-mail/Text: g20956@att.com Oct 01 2019 04:01:58    AT&T Mobility II LLC,
             % AT&T Services, Inc.,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
13259581     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2019 03:58:00    CACH, LLC,
             PO Box 10587,   Greenville SC 29603-0587
14000137    +E-mail/Text: bankruptcy.bnc@ditech.com Oct 01 2019 04:01:21    Ditech Financial LLC,
             FKA Green Tree Servicing LLC,   PO Box 0049,   Palantine, IL 60055-0001
13252859     E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 03:57:54    GE Money Retail Bank,
             PO Box 960061,   Orlando, FL 32896-0061
13259493     E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2019 03:57:25
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13252861     E-mail/Text: bankruptcy@sw-credit.com Oct 01 2019 04:01:39    Southwest Credit,
             4120 International Parkway, Suite 1100,   Carrollton, TX 75007-1958
                                                                                 TOTAL: 11

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587

                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Randi          Page 2 of 2          Date Rcvd: Sep 30, 2019
                              Form ID: 206          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    EverBank pabk@logs.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Linda A. Duren NOlJTB@juno.com
          KEVIN S. FRANKEL    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          PETER J. ASHCROFT    on behalf of Creditor    EverBank pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Linda A. Duren                                              Case No: 14−11465−elf

      Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 9/30/19

For The Court

Timothy B. McGrath
Clerk of Court

79
Form 206