UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| LINDA DUREN, | : | CHAPTER 13 |
| | : | |
| DEBTORS | : | BANKRUPTCY NO. 14-11465 |

### CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on October 1, 2019, a copy of the Motion for Reconsideration, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Linda Duren.


Dated:  October 22, 2019                                        /s/Joseph Bambrick
                                                                                Joseph T. Bambrick, Jr., Esquire
                                                                                Attorney ID 45112
                                                                                529 Reading Avenue
                                                                                West Reading, PA  19611
                                                                                610/372-6400