**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **LINDA DUREN,** | : | **CHAPTER 13** |
| | : | |
| **Debtor,** | : | **BANKRUPTCY NO: 14-11465** |

### NOTICE TO CREDITORS- OF HEARING ON DEBTORS MOTION TO REOPEN A CLOSED CASE

#### NOTICE

To the creditors of the above named Debtor and all others in interest:

Please take notice that a hearing will be held at the U.S. Bankruptcy Court on Thursday, November 21, 2019 at 11a.m. to consider a Motion of the Debtor filed on November 18, 2019 seeking to reopen a closed case, for failure to complete the Chapter 13 Debtor Certification regarding Domestic Support Obligation and § 522 (q) and file the financial management course.

**BY THE COURT**

_____

**ERIK L. FRANK,**
**UNITED STATES BANKRUPTCY JUDGE**