**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LINDA DUREN,  :  CHAPTER 13
    :
    Debtor,  :  BANKRUPTCY NO: 14-11465 ELF

**O R D E R**

AND NOW, this 3rd day of December 2019, upon consideration of the Debtor's Motion to Waive the Filing Fee required to be paid for her Motion to Reopen Bankruptcy Case ("the Motion"), and after a hearing held on November 21, 2019, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**