**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **LINDA DUREN,** | : | **CHAPTER 13** |
| | : | |
| **Debtor,** | : | **BANKRUPTCY NO: 14-11465** |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Reopen a Closed Case, it is hereby **ORDERED** that the Motion is GRANTED and that this case is **REOPENED** for the purpose of entering a chapter 13 discharge order. The Clerk shall **RE-CLOSE** the case after the entry of the discharge order.

Date: 12/5/19

_____
**ERIC L. FRANK,**
**UNITED STATES BANKRUPTCY JUDGE**