United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-11465-elf
Linda A. Duren                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Dec 03, 2019
                    Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
```
db             +Linda A. Duren,    444 Weidman Avenue,    Reading, PA 19608-1224
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 03:51:48      CACH, LLC,
                 PO Box 10587,    Greenville, SC   29603-0587
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2019 03:42:09
                 Ditech Financial LLC FKA Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0001
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 03:53:13      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                        Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
```
              CHRISTOPHER A. DENARDO    on behalf of Creditor    EverBank pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Linda A. Duren NO1JTB@juno.com
              KEVIN S. FRANKEL    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PETER J. ASHCROFT    on behalf of Creditor    EverBank pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| LINDA DUREN, | : | CHAPTER 13 |
| | : | |
| Debtor, | : | BANKRUPTCY NO: 14-11465 ELF |

**O R D E R**

AND NOW, this <u>3rd</u> day of <u>December</u> 2019, upon consideration of the Debtor's Motion to Waive the Filing Fee required to be paid for her Motion to Reopen Bankruptcy Case ("the Motion"), and after a hearing held on November 21, 2019, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**