United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Linda A. Duren  
    Debtor

Case No. 14-11465-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Marie    Page 1 of 1    Date Rcvd: Dec 05, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db          +Linda A. Duren,    444 Weidman Avenue,    Reading, PA 19608-1224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

         CHRISTOPHER A. DENARDO    on behalf of Creditor    EverBank pabk@logs.com  
         CHRISTOPHER A. DENARDO    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com  
         JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Linda A. Duren NO1JTB@juno.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC  
          pa-bk@logs.com  
         LEEANE O. HUGGINS    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC  
          pabk@logs.com  
         LEEANE O. HUGGINS    on behalf of Creditor    Green Tree Servicing LLC, et al pabk@logs.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         PETER J. ASHCROFT    on behalf of Creditor    EverBank pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer  
          Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                               TOTAL: 13

**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **LINDA DUREN,** | : | **CHAPTER 13** |
| | : | |
| **Debtor,** | : | **BANKRUPTCY NO: 14-11465** |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Reopen a Closed Case, it is hereby **ORDERED** that the Motion is GRANTED and that this case is **REOPENED** for the purpose of entering a chapter 13 discharge order. The Clerk shall **RE-CLOSE** the case after the entry of the discharge order.

Date:  12/5/19

**ERIC L. FRANK,**
**UNITED STATES BANKRUPTCY JUDGE**